PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JASON WESTERFIELD, ) | |
| ) | CASE NO. 1:10CV2145 |
| Petitioner, ) | (1:05CR0428) |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| UNITED STATES OF AMERICA, ) | **MEMORANDUM OF OPINION** |
| ) | **AND ORDER** |
| Respondent. ) | [Resolving ECF No. 68] |

Before the Court is Jason Westerfield's motion to dismiss without prejudice his petition filed pursuant to 28 U.S.C. § 2255– seeking to vacate, set aside or correct sentence by a person in federal custody. ECF Nos. 68 and 61. The Government has responded in opposition to both. ECF Nos. 69 and 67.

Westerfield is represented by counsel whom has assured the Court that "they have discussed this dismissal request with Mr. Weterfield and state Mr. Westerfield is in agreement with this request." ECF No. 68 at 2. The Court interprets this statement to mean that Westerfield fully understands that while a dismissal without prejudice will not prevent him, at a later time, from refiling

(1:09CV1351)

another petition pursuant to 28 U.S.C. § 2255, that later filed petition may not be successful.

Without rendering a decision on the issues presented in Westerfield's § 2255 petition and motion to dismiss or the government's oppositions, the Court grant's Westerfield's dismissal without prejudice.

Accordingly, the petition pursuant to § 2255 is hereby dismissed without prejudice. Jason Westerfield's conviction and sentence remain as imposed. This matter is closed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

 September 11, 2012   　　　　　　 /s/ Benita Y. Pearson  
Date　　　　　　　　　　　　　　Benita Y. Pearson  
　　　　　　　　　　　　　　　　United States District Judge